### UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:24-cr-106-NT |
| LARRY STENDEBACH | |

### **PROSECUTION VERSION**

If this case were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt:

In May 2024, agents with Homeland Security Investigations ("HSI") in Portland, Maine were investigating sites on the dark web[1] dedicated to the sexual abuse of children, to include Website B.[2] During the investigation, HSI agents observed numerous unique usernames utilizing Website B, and reviewed a particular user profile, TARGET USERNAME[3]. On Website B, new users must provide a unique username that is not already in use; agents attempted to register a new user account on Website B with the TARGET USERNAME and Website B generated a message informing agents that the username was already in use and prevented agents from proceeding with registration. HSI agents reviewed the user's post history, which revealed a history of postings dating back to 2022. On May 20, 2024, HSI agents in Portland, Maine, logged into Website B

---

[1] The dark web is comprised of a variety of networks, such as Tor, that exist on a portion of the internet accessible only through specific software, such as the Tor browser (a legal and publicly available free application). One of the key features of dark web networks like Tor is the anonymity it offers both users of the network and individuals or entities that host sites on the network, which are also referred to as 'hidden services'.

[2] Website B is a Tor hidden service site, the true name of which is known to law enforcement but redacted here to protect the integrity of ongoing investigations into users of the site.

[3] Defendant's username has been redacted here for purposes of protecting the integrity of the ongoing investigation.

and reviewed a post made by the user that included a link titled "*White boy sucking friend*", which was posted to Website B on May 8, 2024. The post with the link read:

> "*This is one of the hottest videos I have ever seen! I would LOVE to see more of THESE boys! They are the PERFECT age for eating, licking, and sucking! These boys know how to get HOT and get ME HOT! I'd love to suck that all fucking day long!!!.*"

TARGET USERNAME provided a password to open the file at the link location. HSI agents executed the link and, using the password provided by TARGET USERNAME, unzipped the file located at the link location. Enclosed was a video file that was approximately 1 minute and 28 seconds in length, depicting two prepubescent boys approximately 9-11 years old. Both boys are naked throughout the video, and throughout the video one boy can be seen performing oral sex on the other boy's penis.

On August 1, 2024, HSI agents applied for and were granted a federal search warrant in the Eastern District of Missouri pertaining to Defendant and Defendant's residence in Hannibal, Missouri. The warrant was executed on August 6, 2024, and agents encountered Defendant at the residence. Defendant was advised of his rights pursuant to *Miranda* and agreed to be interviewed by agents. The resulting interview established that Defendant utilized TARGET USERNAME on Website B and Defendant made postings including child sexual abuse material to Website B. At the conclusion of the interview, HSI agents were able to access the TARGET USERNAME account, having been provided with the login information from Defendant.

Defendant knew that his posts to Website B would allow others elsewhere to download the material; Defendant's posts to Website B were transported in or affecting interstate or foreign commerce by any means including by computer.

|  |  |
|---|---|
| Dated: April 24, 2025 | Respectfully submitted,<br><br>CRAIG M. WOLFF<br>ACTING UNITED STATES ATTORNEY<br><br>*/s/ Peter I. Brostowin*<br>Peter I. Brostowin<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>100 Middle Street<br>6th Floor, East Tower<br>Portland, ME 04101<br>Peter.Brostowin@usdoj.gov |